IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| VALENTINO OLAMARTINS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STELLAR RECOVERY, INC. and DOES 1-10, | : | CIVIL ACTION NO. 1:15-CV-4322-AT |
| | : | |
| Defendants. | : | |

## ORDER

The Parties settled this case and filed a Stipulated Dismissal on September 23, 2016 [Doc. 15].  Plaintiff dismissed "with prejudice all claims asserted in this matter," with no restrictions or exceptions.  The Clerk entered the dismissal on September 27, 2016.  However, the case remains open (perhaps because no "Doe" defendants signed the stipulated dismissal).  Because Plaintiff's dismissal was a complete dismissal, the Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 14th day of October, 2015.

_____
**Amy Totenberg
United States District Judge**